# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS AMPS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALVIN HARRELL,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:23-cv-01257-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $402 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiff Travaris Amps ("Plaintiff") is proceeding *pro se* in this action. Plaintiff has neither paid the $402 filing fee, nor submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, Plaintiff shall pay the $402 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **August 24, 2023**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE