|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TRAVARIS AMPS, | ) Case No.: 1:23-cv-1257 JLT SKO |
|---|---|
| Plaintiff, | ) ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. ALVIN HARRELL, | |
| Defendant. | (Doc. 6) |

Travaris Amps initiated this action by filing a complaint on August 22, 2023. (Doc. 1.) However, Plaintiff did not pay the Court's filing fee or file a motion to proceed *in forma pauperis*. Therefore, the Court ordered Plaintiff to apply to proceed *in forma pauperis* or pay the filing fee. (Doc. 2.) After Plaintiff failed to do so, the assigned magistrate judge issued an order to show cause within 21 days why the action should not be dismissed for his failure to comply with a court order, failure to prosecute, and failure to pay the filing fee. (Doc. 4.) Plaintiff did not file any response, and the time to do so has passed.

The assigned magistrate judge thereafter recommended the action be dismissed for Plaintiff's failure to comply with court orders, failure to prosecute, and failure to pay the filing fee. (Doc. 6.) On November 2, 2023, the Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 6 at 2.) The Court also informed him that the

1

"failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). No objections were filed, and the deadline to do so has expired.

Pursuant to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendation are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations dated November 2, 2023 (Doc. 6) are adopted in full.
2. Plaintiff's complaint is dismissed without prejudice.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 28, 2023**

UNITED STATES DISTRICT JUDGE

2